UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>*HAROLD A. ACKERMAN*<br>SENIOR JUDGE | UNITED STATES DISTRICT COURT<br>POST OFFICE BOX 999<br>NEWARK, NEW JERSEY 07101-0999 |

July 2, 2008

Re:   Evidentiary Hearing

To All Counsel:

     Defendant Jeffrey Caffrey has filed a motion to suppress evidence in this matter. The Court will hold an evidentiary hearing on Defendant's motion on Tuesday, August 5, 2008 at 11 a.m. Defendant shall file an affidavit supporting his allegations no later than July 30, 2008.

                            SO ORDERED.

                            s/ Harold A. Ackerman<br>
                            U.S.D.J.

HAA:rst