# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Harold A. Ackerman |
| v. | : | Case No. 07-309 |
| JEFFREY CAFFREY | : | <u>Dismissal Order</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 07-309, against defendant JEFFREY CAFFREY (a/k/a "Jeffrey Caffe"), charging him with unauthorized possession of a firearm in violation of Title 18, United States Code, Section 922(g), because further prosecution is not in the interests of the United States.

This dismissal is without prejudice.

*[signature]*
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

*[signature]*
HON. HAROLD A. ACKERMAN
United States District Judge

Dated: August 18, 2008.